IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiffs,              )          No. 1:10-mj-00196-SMS
                                   )
     vs.                           )          ORDER OF RELEASE
                                   )
CIRA PONCE-ANDRADE,                )
                    Defendant.     )
_____)

The above named defendant having been sentenced to Time Served on July 23, 2010 in the above-entitled matter.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   July 23, 2010                    _____/s/ Sandra M. Snyder_____
                                          UNITED STATES MAGISTRATE JUDGE

12/6/06 ordrelease.form